**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 18-20685-Cr-Williams

United States of America,

    v.

Abraham Edgardo Ortega,

_____/

## WAIVER OF INDICTMENT

I, Abraham Edgardo Ortega (Bond), the above named defendant who is accused of **Consp/Money Laundering**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 10/30/18, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Edwin G. Torres
United States Magistrate Judge