```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                            MIAMI DIVISION

                   CASE NO.:  18-cr-20685-KMW-4




UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )          October 30, 2018
v.                            )
                              )
ABRAHAM EDGARDO ORTEGA,       )          Pages 1 - 5
                              )
          Defendant.          )
_____/




                    ARRAIGNMENT PROCEEDINGS

             BEFORE THE HONORABLE EDWIN G. TORRES
                  UNITED STATES MAGISTRATE JUDGE




APPEARANCES:

On behalf of the Plaintiff:

                    UNITED STATES ATTORNEY'S OFFICE
                    Southern District of Florida
                    99 N.E. 4th Street
                    Miami, FL 33132
                    BY:  JOSH ROTHSTEIN, AUSA
```

```
 1  APPEARANCES CONTINUED:

 2
    On behalf of the Defendant:
 3
                         THE LS LAW FIRM
 4                       Four Seasons Tower
                         1441 Brickell Avenue
 5                       Suite 1200,
                         Miami, FL 33131
 6                       BY:  LILLY ANN SANCHEZ, ESQ.

 7

 8

 9  Transcribed By:

10                       BONNIE JOY LEWIS, R.P.R.
                         7001 SW 13 Street
11                       Pembroke Pines, FL  33023
                         954-985-8875
12                       caselawrptg@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Thereupon, the following proceedings were held:)
 2              THE COURTROOM DEPUTY:  United States versus Abraham
 3   Edgardo Ortega; Case Number 18-cr-20685-Judge Williams.
 4              MR. ROTHSTEIN:  Good afternoon, Your Honor.  Josh
 5   Rothstein on behalf of the United States.
 6              MS. SANCHEZ:  Good afternoon, Your Honor.
 7              Lilly Ann Sanchez on behalf of Mr. Ortega who is
 8   present before the Court.
 9              THE COURT:  Good afternoon, everybody.
10              Your full name for me, sir?
11              THE DEFENDANT:  Abraham Edgardo Ortega Morales.
12              THE COURT:  Good afternoon.
13              So you are before the Court on a superseding
14   information filed in connection with Case Number 18-20685.  In
15   the superseding information the Government alleges that you
16   engaged in conspiracy to commit money laundering in violation
17   of Title 18 U.S. Code Section 1956.
18              In response to this matter you still have the right to
19   remain silent.  Anything you say would be used against you and
20   you also have the right to have a lawyer represent you.
21              And I understand Miss Sanchez has entered a permanent
22   appearance in this matter?
23              MS. SANCHez:  Yes, Your Honor.
24              THE COURT:  Do you understand that, sir?
25              THE DEFENDANT:  I understand it, yes.
```

```
 1              THE COURT:  Very well.  The Government's.
 2              MS. SANCHEZ:  Your Honor, it's a superseding
 3   information.
 4              MR. ROTHSTEIN:  So it would be the same bond
 5   conditions, Your Honor,
 6              MS. SANCHEZ:  Yes.
 7              THE COURT:   Why did they put it on for the afternoon?
 8   Who did that?  Find out, Maedon.
 9              We will proceed, then,with the arraignment on the
10   information.
11              MS. SANCHEZ:  Thank you, Your Honor.
12              Mr. Ortega has signed a waiver of indictment and we
13   have received a copy of the superseding information.  We waive
14   formal reading.  We plead not guilty at this time.  We request
15   for the standing discovery order, which I believe has already
16   been entered and a trial by jury.
17              THE COURT:  Very well.
18              Mr. Ortega, as your lawyer explained to you, you have
19   the right to be charged in the case and adjudicated in the case
20   for a probable cause determination either from the Court at a
21   hearing or by way of the hearing by Grand Jury by way of
22   indictment.
23              I understand is that you are willing to waive your
24   right to that process and adjudicate your case solely on the
25   Government's charge.
```

```
 1           Is that correct, Mr. Ortego, and is this your
 2   signature on a form that has been handed to me?
 3           THE DEFENDANT:  That is correct and that is my
 4   signature.
 5           THE COURT:  The Court finds such waiver to be a
 6   knowing and intelligent.
 7           I can then proceed with the arraignment on the
 8   superseding information and plead not guilty, and request for
 9   jury trial be entered into the court record and the standing
10   discovery order signed today.
11           And there is already a bond matter previously --
12           MS. SANCHEZ:  Yes, Your Honor.
13           THE COURT:  That bond will be continued for the
14   purposes of the superseding information.
15           MS. SANCHEZ:  Thank you so much.
16           THE COURT:  Thank you.
17           (Thereupon, the proceedings concluded.)
18
19
20
21
22
23
24
25
```

CERTIFICATE

I hereby certify that the foregoing transcript is an accurate transcript of the audio recorded proceedings in the above-entitled matter.

12/05/18

Bonnie Joy Lewis,
Registered Professional Reporter
CASE LAW REPORTING, INC.
7001 Southwest 13 Street,
Pembroke Pines, Florida 33023
954-985-8875