**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 18-CR-20685-WILLIAMS(s)

**UNITED STATES OF AMERICA**

vs.

**ABRAHAM EDGARDO ORTEGA,**

    **Defendant.**

_____

## UNITED STATES MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by and through undersigned Assistant United States Attorney, without opposition from defendant or his counsel, respectfully and humbly request that defendant's sentence be continued until the week of July 8, 2019. In support thereof, the United States of America states the following:

1. The defendant was charged by Indictment on August 16, 2018 [DE 19].

2. The defendant has been on bond since September 12, 2018.

3. On October 24, 2018, the defendant was charged by Superseding Information with one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §1956(h) & §1957 [DE 53]. The defendant then entered into a written Plea Agreement with the U.S. Attorney's Office on October 31, 2018 [DE 64].

4. The defendant's sentencing is currently set for April 10, 2019.

5. The defendant has been assisting the government with its ongoing investigation and other investigations. Specifically, the nature of these cases are inherently international and involve several international law enforcement agencies. To that end, two additional foreign law enforcement agencies have asked to speak to the defendant in May and June 2019. Because of the nature and difficulty with their foreign travel to the United States, it takes some time to approve

and schedule travel for these foreign officials. Furthermore, because of these upcoming interviews, a delay would be beneficial to analyze the total scope of the defendant's cooperation after these interviews and before sentencing. Thus, it would be helpful and less onerous for all parties involved, if the defendant's sentencing was continued until the week of July 8, 2019.

6. The Undersigned states that there will be no more requests for continuances.

7. Defendant's counsel, Lilly Ann Sanchez, has expressed no opposition to this continuance.

WHEREFORE, the undersigned Assistant United States Attorney, requests that this Honorable Court grant this unopposed motion to continue sentencing until the week of July 8, 2019.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Michael B. Nadler
Assistant United States Attorney
Florida Bar No. 51264
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9244
Facsimile: 305-530-7976
Email: michael.nadler@usdoj.gov

**CERTIFICATE OF SERVICE**

2

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 19th day of March, 2019 on all counsel of record or pro se parties.

    /s/**Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney