UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-cr-20685-WILLIAMS**

**UNITED STATES OF AMERICA**

vs.

**ABRAHAM EDGARDO ORTEGA,**

    **Defendant.**
_____/

**MOTION FOR EXTENSION OF TIME TO RESPOND**

In response to the Bolivarian Republic of Venezuela's motion, filed on April 2, 2019, in support of its request for victim status and restitution [D.E. 87], the United States respectfully requests additional time to respond fully to the various arguments contained in the motion.

The Undersigned Assistant United States Attorney has spoken to counsel, who does not oppose this Motion.

WHEREFORE, the United States is requesting an extension to file its Motion until May 17, 2019.

| | |
|---|---|
| ROBERT ZINK<br>ACTING CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice<br><br>By:/s/ Paul Hayden_____<br>   Paul Hayden<br>   Trial Attorney<br>   1400 New York Ave., NW<br>   Washington, D.C. 20530<br>   Tel: (202) 353-9370 | ARIANA FAJRADO ORSHAN<br>UNITED STATES ATTORNEY<br><br><br>By:/s/ Michael B. Nadler_____<br>   Michael B. Nadler<br>   Assistant U.S. Attorney<br>   Michael B. Nadler<br>   Assistant United States Attorney<br>   Florida Bar No. 0051264<br>   99 Northeast 4th Street<br>   Miami, Florida 33132-2111<br>   Tel: (305) 961-9001<br>   Fax: (305) 536-7213 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 16th day of April, 2019 on all counsel of record or pro se parties.

/s/**Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney