Gmail

More

COMPOSE

Inbox
Starred
Important
Sent Mail
Drafts
Circles

Unwanted
More

Sage Beach 2E   Inbox x

? **MARLY JARAMILLO** <Marly@isgsage.com>
to me, tuleher7, roberto

Dear Cesar & Tulia,

It was a pleasure meeting you yesterday and I look forward to working with you.

This email is in response to your letter dated November 11, 2016, requesting a listing of the main items for the final purchase of Sage Beach unit 2E Nort below. Once the contract is signed and the initial deposit is received, we will soon after forward a preliminary HUD.

1. Purchase and Sales Price: $1,050,000
    a. Initial Deposit $210,000
    b. Balance at Closing
2. Ownership
    a. It is understood that Tulia Hernandez will sign the contract but she will be incorporating a personal trust to receive ownership of the Un
3. Closing Cost to be 1.75% of Sales Price
    a. Please see page 8, item 11 of the attached Purchase Agreement for details
    b. $18,375.00
4. Real Estate Taxes
    a. The seller will be credit the buyer for the days owned during the tax period.
5. Capital Contribution – 2x monthly maintenance charge paid to Condominium Association
    a. $4,092.00
6. Hook-up Fees
    a. ~$2,000 – For utilities, cable, communication, etc.
7. Recording expenses
    a. $75.00
8. Legal & Title Fees
    a. $500.00 payable to Arnstein and Lehr
9. Maintenance and Association Fees
    a. The Seller will pay two years of HOA and maintenance fees
10. Parking Space
    a. One space will come with the sale
11. Flooring
    a. Bathroom
        i. Standard tile
        ii. Color of buyers choice
    b. For the other rooms the installed flooring remains
11. Doors
    a. Main entrance door to be replaced—a rendering will be provided
    b. Sliding doors to be installed to the media room to connect to second full bathroom and bedroom
    c. All other doors can be upgraded at an additional cost. Amy Martinez will be contacting to discuss.
12. Tiling
    a. Bathroom tiling to be floor to ceiling
13. Sage Beach Amenities
    a. 24 hour valet and concierge
    b. Beach service
    c. Pool
    d. Gym
    e. Main entrance security system will be replaced
14. Painting
    a. The unit will be painted to color of the buyers choice
15. Upgrades

Cesar

No recent chats
Start a new one

Gmail                                                                                          More

COMPOSE

Inbox
Starred
Important
Sent Mail
Drafts
Circles

Unwanted
More

        b. For the other rooms the installed flooring remains
11. Doors
        a. Main entrance door to be replaced—a rendering will be provided
        b. Sliding doors to be installed to the media room to connect to second full bathroom and bedroom
        c. All other doors can be upgraded at an additional cost. Amy Martinez will be contacting to discuss.
12. Tiling
        a. Bathroom tiling to be floor to ceiling
13. Sage Beach Amenities
        a. 24 hour valet and concierge
        b. Beach service
        c. Pool
        d. Gym
        e. Main entrance security system will be replaced
14. Painting
        a. The unit will be painted to color of the buyers choice
15. Upgrades
        a. Various other upgrades were discussed. These will be offered at an additional cost.
16. Closing date will be **February 14, 2017**.

Mr. & Mrs. Hernandez,  I believe these are all the items we have discussed over the past few days. If I have forgotten any items, please call or email and

I look forward to working with you and making the transition into your new home as simple as possible.
**MARLY JARAMILLO**
Sales Director
ISG Sage
2875 NE 191 Street, Suite 200
Aventura, FL 33180
**T** 954 929 9111
**F** 954 929 6111
**C** 305 972 7876
Marly@isgsage.com

Cesar

**ISG** Sage

isgworld.com

*The information contained in this message and any attachment(s) may be privileged, confidential, proprietary, or otherwise protected from disclosure and is intended solely recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you permanently delete the message from your computer. If this e-mail is misdirected, International Sales Group and its affiliates do not waive confidentiality or any privilege.*

No recent chats
Start a new one

📄 Purchase Agree...