

**Occidental Bank (BARBADOS) LTD.**

```
GLOBAL FINANCE MANAGEMENT CORP                                              1
TRIDENT CHAMBER WICKHAMS CAY P.O BO              000013249
X 146                                            FROM  7/01/16 TO  7/31/16
BOGOTA, 011  Colombia



***************************   ACCOUNT ACTIVITY SUMMARY  ***************************
                        ACCOUNT NO. 000013249
        PREVIOUS BALANCE AS OF  7/01/16                      3,081.25
        TOTAL OF       2   DEPOSITS AND OTHER CREDITS    2,000,041.10
        TOTAL OF       2   DEBITS AND WITHDRAWALS            3,030.00
        ENDING BALANCE AS OF  7/31/16                    2,000,092.35

        ----------------- ACCOUNT DISCLOSURE -----------------

        AVERAGE DAILY COLLECTED BALANCE                        .00
        NUMBER OF DAYS THIS STATEMENT                           30

        INTEREST EARNED THIS STATEMENT                       41.10
        ANNUAL PERCENTAGE YIELD EARNED                         .25
        INTEREST EARNED YTD                                 200.76

                     - ACCOUNT TRANSACTIONS DETAIL -
-------------------------------------------------------------------------------
  DATE                                  WITHDRAWALS      CREDITS
  POSTED   DESCRIPTION OF TRANSACTIONS    (-)              (+)         BALANCE
-------------------------------------------------------------------------------

 7/15/16  WIRE TRANSFER DEBIT           3,000.00                         81.25
 7/15/16  COMISSION W/T 53257              30.00                         51.25
 7/29/16  CB DEPOSIT 20160729                         2,000,000.00  2,000,051.25
 7/29/16  INTEREST PAID                                     41.10   2,000,092.35




            "PLEASE EXAMINE THIS STATEMENT INMEDIATELY AND INFORM US
            ANY DISCREPANCIES WITHIN THIRTY DAYS FROM RECEIPT.
            OTHERWISE YOUR ACCOUNT WILL BE COSIDERED CORRECT."
```

WWW.OCCIDENTALBANKBARBADOS.COM

Chelsea House, Chelsea Road
St. Michael, BB14022
Tel: (236)4364938
Barbados

Calle 71 No, 6-16 Primer Paso
Oficina de Representación
Teléfono: (571) 7454999
Bogotá D.C.- Colombia