# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

v.

ABRAHAM EDGARDO ORTEGA,

Defendant.

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE is before the Court on the United States' Motion for Final Order of Forfeiture ("Motion"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1.      On June 24, 2019, the Court entered a Preliminary Order of Forfeiture forfeiting the following assets (collectively, the "Forfeited Assets"), among other assets:

  i.   All assets on deposit in account/portfolio number 10.609020 at Zarattini & Co. Bank in Lugano, SWITZERLAND, held in the name of Big Green Valley SA, including, but not limited to, all shares of Global Securities Trade Finance Class C;

  ii.   All assets on deposit in account numbers 1466054, 1465724, and 55102421 at City National Bank in New Jersey held by Global Securities Trade and Finance;

  iii.   All assets on deposit in account/portfolio number 1303311-00 at Deltec Bank & Trust Limited in Nassau, THE BAHAMAS, including, but not limited, all shares of Global Securities Trade and Finance Class Series

D-1;

iv.  Approximately $2 million in Series A convertible notes of Domaine Select Wine & Spirits, LLC, a Delaware Limited Liability Company, acquired on or about September 22, 2016, and October 18, 2017, by Global Securities Trade and Finance and Gustavo Hernandez, respectively; and

v.  All assets on deposit in account number 200020600 at Ansbacher Limited in THE BAHAMAS, held in the name of Greatwalls FS.

*See* Preliminary Order of Forfeiture, ECF No. 124.

2.      In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture was published on an official government website (www.forfeiture.gov) for 30 consecutive days, from August 8, 2019, until September 6, 2019. *See* Decl. of Publication, ECF No. 142.

3.      Also in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, all other persons known to have an alleged interest in the Forfeited Assets received written direct notice of the Preliminary Order of Forfeiture or were on actual notice of the forfeiture.

4.      Specifically, on July 25, 2019, direct notice letters were sent via Federal Express and e-mail to Global Securities Trade and Finance, Big Green Valley SA, Greatwalls FS, Domaine Select Wine & Spirits, Treasure Trail, SA, and Gestiones Paraiso, SA, through their respective counsel at the following addresses:

i.  Global Securities Trade and Finance
c/o Eric Koenig, Esq.
Trenam Law
101 East Kennedy Boulevard, Suite 2700

      Tampa, Florida 33602

  ii.  Big Green Valley SA
      Greatwalls FS
      c/o Lilly Ann Sanchez
      Four Seasons Tower
      Suite 1200
      1441 Brickell Avenue
      Miami, Florida 33131

  iii.  Domaine Select Wine & Spirits
      c/o James R. Gailey
      James R. Gailey & Associates, P.A.
      100 Biscayne Boulevard, Suite 2110
      Miami, Florida 33132

  iv.  Treasury Trail, SA
      Gestiones Paraiso, SA
      Big Green Valley SA
      c/o William V. Roppolo
      Baker & McKenzie LLP
      1111 Brickell Avenue, Suite 1700
      Miami, Florida 33131

*See* Exhibit A (FedEx Delivery Confirmations).

5.      Pursuant to 21 U.S.C. § 853(n)(2), "[a]ny person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may, within thirty days of the final publication of notice or his receipt of notice under paragraph (1), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property."

6.      The time for filing a petition claiming an interest in the Forfeited Assets has expired.

7.      Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property

that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." *Accord* Fed. R. Crim. P. 32.2(c)(2).

8.      Therefore, the United States is entitled to have clear title to the Forfeited Assets.

Accordingly, based upon the foregoing, the record, and for good cause shown, the United States' Motion for Final Order of Forfeiture is **GRANTED**, and it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1.      Pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following assets are hereby finally forfeited to and vested in the United States of America (collectively, the "Forfeited Assets"):

      i.   All assets on deposit in account/portfolio number 10.609020 at Zarattini & Co. Bank in Lugano, SWITZERLAND, held in the name of Big Green Valley SA, including, but not limited to, all shares of Global Securities Trade Finance Class C;

      ii.   All assets on deposit in account numbers 1466054, 1465724, and 55102421 at City National Bank in New Jersey held by Global Securities Trade and Finance;

      iii.   All assets on deposit in account/portfolio number 1303311-00 at Deltec Bank & Trust Limited in Nassau, THE BAHAMAS, including, but not limited, all shares of Global Securities Trade and Finance Class Series D-1;

      iv.   Approximately $2 million in Series A convertible notes of Domaine Select Wine & Spirits, LLC, a Delaware Limited Liability Company,

acquired on or about September 22, 2016, and October 18, 2017, by Global Securities Trade and Finance and Gustavo Hernandez, respectively; and

    v.   All assets on deposit in account number 200020600 at Ansbacher Limited in THE BAHAMAS, held in the name of Greatwalls FS.

2.    Any duly authorized law enforcement official may seize and take immediate possession of the Forfeited Assets, exercising any and all incidents of ownership with respect thereto.

It is further **ORDERED** that the Forfeited Assets shall be disposed of in accordance with law, and that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 23rd day of September 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record.