UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

ABRAHAM EDGARDO ORTEGA,

                **Defendant.**
_____/

IN RE:

LAND TRUST TH 041117,

                **Third-Party Petitioner.**
_____/

## ORDER AMENDING PRELIMINARY ORDER OF FORFEITURE [ECF NO. 124] TO RELEASE CERTAIN REAL PROPERTY

This CAUSE is before the Court upon the United States' Unopposed Motion To Amend Preliminary Order of Forfeiture [ECF No. 124] To Release Certain Real Property from Criminal Forfeiture Ancillary Proceedings ("Motion"). Based on the Motion, the record in this matter, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that:

1. The Preliminary Order of Forfeiture [ECF No. 124] is hereby amended so that real property located at 2101 South Surf Road, Unit 2E, Hollywood, Florida ("Subject Property") is released from further criminal forfeiture proceedings;

2. Any depositions or other discovery obligations regarding the Subject Property and as authorized by Order [ECF No. 155] are canceled;

3. All remaining aspects of the Preliminary Order of Forfeiture shall remain in full

force and effect; and

    4.    The Court shall retain jurisdiction over this matter for the purpose of enforcing this order.

SO ORDERED this 5th day of November, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE