# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM EDGARDO ORTEGA,<br><br>*Defendant*. | Case No.: 1:18-cr-20685-KMW |

## DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF MOTION OF PETRÓLEOS DE VENEZUELA, S.A FOR VICTIM STATUS AND RESTITUTION

I, Kent A. Yalowitz, hereby declare as follows:

1. I am a member of the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Petróleos de Venezuela, S.A. (PDVSA). I make this declaration to place before the Court certain source documents reflecting the internal law of the Bolivarian Republic of Venezuela.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Statute that Governs the Transition to Democracy to Reestablish the Full Force and Effect of the Constitution of the Bolivarian Republic of Venezuela (Democracy Transition Statute), enacted February 5, 2019. The document is accompanied by a certified translation of the relevant excerpts.

3. Attached hereto as **Exhibit B** is a true and correct copy of Presidential Decree No. 3, issued April 4, 2019. The document is accompanied by a certified translation of the relevant excerpts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2020
New York, New York

_____
Kent A. Yalowitz