# EXHIBIT A

# TRANSITION LAW"
## (Original Spanish)"

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

**LA ASAMBLEA NACIONAL
DE LA REPUBLICA BOLIVARIANA DE VENEZUELA**
Decreta

el siguiente,

**ESTATUTO QUE RIGE LA TRANSICIÓN A LA DEMOCRACIA
PARA RESTABLECER LA VIGENCIA DE LA CONSTITUCIÓN
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA**

**EXPOSICIÓN DE MOTIVOS**

El *Estatuto que rige la Transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela* es un acto en ejecución directa e inmediata del artículo 333 de la Carta Magna. Su propósito es volver a la Constitución desde la propia Constitución para ofrecer un cauce ordenado y racional al inédito e inminente proceso de cambio político que ha comenzado en el país. Se trata de una iniciativa normativa de la Asamblea Nacional que aspira a preservar la Constitución de 1999 como pacto de convivencia para la vida cívica de los venezolanos y como fundamento de la transición democrática.

I

Durante veinte años de Revolución Bolivariana se ha impuesto un sistema político alejado de los principios constitucionales y de la tradición republicana del país. Los venezolanos sufren graves carencias materiales y el cercenamiento radical de todos sus derechos, incluidos los políticos. El socialismo real los ha sometido a la persecución, al caos y a la miseria. Frente a esta situación emerge la necesidad urgente de regresar a la democracia constitucional. En este sentido, los valores superiores que inspiran al presente Estatuto "son la vida, la libertad, la justicia, la igualdad, la solidaridad, la democracia, la responsabilidad social, la supremacía constitucional y, en general, la preeminencia de los Derechos Humanos, la ética y el pluralismo político" (artículo 5).

II

Explicar la pertinencia de las normas que a continuación se presentan supone hacer un recuento de la lucha democrática que se ha librado en los últimos años. Las condiciones que actualmente favorecen al cambio político

1



República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

no son un hecho azaroso. No se trata del colapso espontáneo de la dictadura. Es una gesta heroica de todo el pueblo de Venezuela con el apoyo de la comunidad internacional ante la gravedad de la expansión autocrática de la Revolución Bolivariana.

La coyuntura liberadora que comenzó el 10 de enero de 2019 tuvo sus orígenes cuando las fuerzas opositoras se negaron a participar en el proceso fraudulento del 20 de mayo de 2018, después de negarse a suscribir el Acuerdo Electoral propuesto por los emisarios de Nicolás Maduro Moros en República Dominicana. El 20 de mayo de 2018 el régimen de facto pretendió simular un proceso comicial en el que los venezolanos no pudieron ejercer su derecho al voto en libertad y se sentaron las bases para el escenario de usurpación que ocurre actualmente. El silencio ciudadano en las urnas se convirtió en un grito ensordecedor de libertad que despojó de legitimidad al régimen y se expandió hasta el día de hoy. De esta manera, llegado el plazo constitucional en el que un nuevo Presidente electo debía juramentarse, no ocurrió lo debido y Nicolás Maduro Moros se aferró al Poder Ejecutivo de manera fáctica para profundizar la usurpación.

III

A partir del 10 de enero de 2019 Nicolás Maduro Moros continúa usurpando la Presidencia de la República Bolivariana de Venezuela y se ha instalado un gobierno de facto en el país. Pero el artículo 333 de la Constitución Nacional vigente reza: *esta Constitución no perderá su vigencia si dejare de observarse por acto de fuerza o porque fuere derogada por cualquier otro medio distinto al previsto en ella. En tal eventualidad, todo ciudadano investido o ciudadana investida o no de autoridad, tendrá el deber de colaborar en el restablecimiento de su efectiva vigencia.* En tal sentido, siendo fieles a la Carta Magna y respondiendo a su conciencia ciudadana, los venezolanos están obligados a impulsar acciones que permitan el restablecimiento del orden constitucional.

Conviene destacar que el Estatuto recoge lo que es una realidad en el país y en el mundo. Mientras el Poder Legislativo decreta este Estatuto, los venezolanos se rebelan pacíficamente en contra de la usurpación y el concierto de las nacionales libres reconoce que se ha quebrado el orden constitucional. El mundo entero es testigo de las movilizaciones masivas de carácter pacífico y constitucional que evidencian la irreversible voluntad de cambio y libertad que yace en el corazón de cada venezolano.



República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

Se ha configurado, así, una situación política, jurídica y constitucional que favorece la restitución del orden constitucional. La Asamblea Nacional es consciente de la urgencia del momento y ofrece el presente Estatuto como un camino eficiente para regresar a la democracia por los caminos establecidos en la Constitución y así garantizar una transición ordenada que permita la inauguración de un sistema de libertades que ofrezca una paz duradera y estable, de generación en generación.

IV

El *Estatuto que rige la Transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela* consta de siete (7) capítulos y treinta y nueve (39) artículos. Su diseño es específico y flexible a la vez. Se propone atender con eficiencia los desafíos de la reconstrucción institucional al tiempo que permanece abierto a la dinámica del cambio político. Estas pautas de diseño –especificidad y flexibilidad– responden a los retos que traerán apertura democrática, pluralismo y la necesidad de encontrar caminos de consenso entre las diferentes fuerzas políticas que participarán en el proceso de restablecimiento del orden constitucional. Se trata, en suma, de racionalizar moral, jurídica y técnicamente las energías democratizadoras de las organizaciones con fines políticos y de la sociedad civil para enmarcarlas en lo mejor de la tradición republicana de Venezuela.

El primer capítulo -*Disposiciones Generales*- incluye la definición de transición democrática, la naturaleza jurídica del Estatuto, los valores superiores que guiaron a los legisladores y sus objetivos. Sobre la definición de transición democrática (artículo 3) conviene destacar que se identifican tres fases progresivas. Primero, el cese de la usurpación. Luego, la instalación de un Gobierno provisional y, finalmente, la realización de elecciones libres, transparentes y competitivas. En cada una de estas fases progresivas la Asamblea Nacional ejercerá competencias, también de manera progresiva, hasta lograr consumar la transición democrática y restablecer el orden constitucional.

El segundo capítulo trata sobre *la usurpación del Poder Ejecutivo Nacional.* Su articulado especifica la inexistencia de un presidente electo en el país, califica la situación de usurpación, precisa la ineficacia de la autoridad usurpada, establece el cese del deber de obediencia a Nicolás Maduro Moros



República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

e identifica en el fin de la usurpación como el hito que marca la liberación del régimen autocrático.

El tercer capítulo especifica *la actuación de la Asamblea Nacional y su presidente* mientras permanezca la usurpación de la Presidencia de la República. Para comenzar se reafirma la vigencia del periodo constitucional del Poder Legislativo. Acto seguido se establece que, "el Presidente de la Asamblea Nacional es, de conformidad con el artículo 233 de la Constitución, el legítimo Presidente encargado de la República Bolivariana de Venezuela" (Artículo 14). Y en los artículos siguientes se especifica la actuación de la Asamblea Nacional, el camino de reinserción del Estado venezolano en el concierto de las nacionales libres y los lineamientos que guiarán la transición política y económica.

El cuarto capítulo desarrolla *la reinstitucionalización de los órganos del Poder Ciudadano, del Consejo Nacional Electoral y del Tribunal Supremo de Justicia*. Se precisan las competencias de la Asamblea Nacional para renovar los poderes públicos y se establece el camino para legitimar al Poder Ciudadano, al Tribunal Supremo de Justicia y a los rectores del Consejo Nacional Electoral, estableciendo un periodo transitorio de los Poderes Públicos designados durante el Gobierno provisional.

El quinto capítulo establece los lineamientos para *la conformación de un Gobierno provisional de unidad nacional*. Una vez cesada la usurpación la Asamblea Nacional garantizará el cumplimiento pleno del artículo 233 de la Constitución Nacional una vez que se concrete la liberación de la autocracia. El Presidente del órgano legislativo "ejercerá durante treinta (30) días continuos como Presidente encargado de la República a efectos de conducir el proceso que conlleve a la conformación de un Gobierno provisional de unidad nacional y a la adopción de medidas que sean necesarias para la realización de elecciones presidenciales libres y competitivas" (artículo 25). En este apartado se ofrecen los mecanismos que ordenarán el proceso político que seguirá al cese de la usurpación.

Siguiendo el itinerario de transición establecido en el artículo 3, el capítulo sexto del Estatuto se refiere a la realización de *elecciones libres*. Se establecen mecanismos para garantizar comicios libres, justos y competitivos. También se determina un compromiso claro e inequívoco con "el fortalecimiento de las organizaciones con fines políticos, de conformidad con los términos establecidos en el artículo 67 de la Constitución" (artículo

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

32). Esta precisión responde al reconocimiento de importancia de estas instancias para garantizar la participación política y la estabilidad del sistema democrático.

Y para finalizar, en las *Disposiciones finales* se autoriza la publicación de la Ley y se ordenan medios extraordinarios para su promulgación dada la imposibilidad de su publicación en Gaceta Oficial.

V

El *Estatuto que rige la Transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela* expresa la vocación democrática y los deseos de libertad del pueblo de Venezuela. Es evidencia de su madurez política y con él se propone guiar al país hasta la reinauguración del orden constitucional en paz y orden, sentando las bases para una democracia estable y duradera.

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

**LA ASAMBLEA NACIONAL
DE LA REPUBLICA BOLIVARIANA DE VENEZUELA,
con base en los artículos 7 y 333 de la Constitución,
DECRETA**

el siguiente

**ESTATUTO QUE RIGE LA TRANSICIÓN A LA DEMOCRACIA PARA
RESTABLECER LA VIGENCIA DE LA CONSTITUCIÓN DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA**

**CAPÍTULO I
DISPOSICIONES GENERALES**

*Objeto*

**Artículo 1.** El objeto del presente Estatuto es establecer el marco normativo que rige la transición democrática en la República Bolivariana de Venezuela.

*Transición democrática*

**Artículo 2.** A efectos del presente Estatuto se entiende por transición el itinerario de democratización y reinstitucionalización que incluye las siguientes etapas: liberación del régimen autocrático que oprime a Venezuela, conformación de un Gobierno provisional de unidad nacional y celebración de elecciones libres.

*Fines de la transición democrática*

**Artículo 3.** Los fines de la transición democrática son el pleno restablecimiento del orden constitucional, el rescate de la soberanía popular a través de elecciones libres y la reversión de la emergencia humanitaria compleja, con el propósito de rescatar el sistema de libertades, garantías constitucionales y los derechos humanos.

*Naturaleza jurídica*

**Artículo 4.** El presente Estatuto es un acto normativo en ejecución directa e inmediata del artículo 333 de la Constitución de la República Bolivariana de Venezuela. Los actos dictados por los órganos del Poder Público para ejecutar los lineamientos establecidos en este Estatuto también están fundamentados en el artículo 333 de la Constitución y son de obligatorio acatamiento para todas las autoridades y funcionarios públicos, así como para los particulares.

*Principios*

**Artículo 5.** Los valores superiores que rigen el presente Estatuto son la vida, la libertad, la justicia, la igualdad, la solidaridad, la democracia, la responsabilidad social, la supremacía constitucional y, en general, la

6

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

preeminencia de los derechos humanos, la ética y el pluralismo político.

*Objetivos*

**Artículo 6.** De conformidad con el artículo 333 de la Constitución, los objetivos del presente Estatuto son:

1. Regular la actuación de las diferentes ramas del Poder Público durante el proceso de transición democrática de conformidad con el artículo 187, numeral 1 de la Constitución, permitiendo a la Asamblea Nacional iniciar el proceso de restablecimiento del orden constitucional y democrático.

2. Establecer los lineamientos conforme a los cuales la Asamblea Nacional tutelará ante la comunidad internacional los derechos del Estado y pueblo venezolanos, hasta tanto sea conformado un Gobierno provisional de unidad nacional.

3. Sentar las bases para iniciar el proceso ciudadano de reconciliación nacional.

4. Establecer los lineamientos políticos que guiarán las acciones de la Asamblea Nacional para la conformación de un Gobierno de unidad nacional que supla la ausencia de Presidente electo hasta tanto se celebren elecciones libres y transparentes en el menor tiempo posible.

5. Definir los criterios de oportunidad y celeridad para designar o ratificar a los titulares del Poder Ciudadano, el Poder Electoral y el Tribunal Supremo de Justicia, de conformidad con la Constitución y las leyes.

6. Fijar los lineamientos para garantizar la integración constitucional de la Fuerza Armada Nacional en el proceso de transición democrática, de conformidad con las directrices del artículo 328 de la Constitución.

7. Definir las bases para la transición económica en los términos del artículo 299 de la Constitución y para revertir la emergencia humanitaria compleja.

8. Establecer el marco general para implementar las reformas orientadas a rescatar la soberanía popular a través de elecciones libres, competitivas y transparentes

9. Reinsertar plenamente al Estado venezolano en los organismos internacionales de protección de derechos humanos dejando sin efecto la denuncia de la Carta de la OEA, ratificando de nuevo la Convención Americana sobre Derechos Humanos y la jurisdicción contenciosa obligatoria de la Corte Interamericana de Derechos Humanos; así como ratificar los demás tratados sobre derechos humanos en el sistema interamericano y en el sistema de Naciones Unidas.

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

*Aplicación progresiva del presente Estatuto*

**Artículo 7.** Para el cumplimiento progresivo de los objetivos establecidos en el artículo anterior se tomarán en cuenta las tres etapas de la transición democrática consagradas en el artículo 2 del presente Estatuto:

1. La liberación del régimen dictatorial, que ocurrirá con el cese de los poderes de facto que ejerce Nicolás Maduro Moros.

2. La conformación de un Gobierno provisional de unidad nacional que asegure restablecer el sistema democrático y convocar elecciones libres.

3. El restablecimiento del Estado democrático con la celebración de elecciones libres, transparentes y competitivas en el menor tiempo posible.

## CAPÍTULO II
### De la Usurpación del Poder Ejecutivo Nacional

*Inexistencia de Presidente electo*

**Artículo 8.** El evento político celebrado el 20 de mayo de 2018 no fue una legítima elección presidencial. En consecuencia, no existe Presidente electo legitimado para asumir la Presidencia de la República Bolivariana de Venezuela para el período 2019-2025.

*Usurpación de la Presidencia de la República*

**Artículo 9.** En virtud de lo establecido en el artículo anterior, el ejercicio de la Presidencia de la República Bolivariana de Venezuela por parte de Nicolás Maduro Moros o por cualesquiera otros funcionarios o personeros del régimen de *facto* constituye usurpación de autoridad en los términos del artículo 138 de la Constitución.

*Ineficacia de la autoridad presidencial usurpada*

**Artículo 10.** La usurpación de la Presidencia de la República Bolivariana de Venezuela deriva del ejercicio de ese cargo por quien no es Presidente electo ni tiene la cualidad constitucional para ejercerlo. Todos los actos del poder usurpado a partir del 10 de enero de 2019 se consideran nulos e ineficaces, de conformidad con el artículo 138 de la Constitución de la República Bolivariana de Venezuela.

*Cese del deber de obediencia a la autoridad usurpada*

**Artículo 11.** Ningún ciudadano, investido o no de autoridad, obedecerá los mandatos de la autoridad usurpada. Los funcionarios públicos que contribuyan con la usurpación comprometerán su responsabilidad, tal como

8

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

lo establecen los artículos 25 y 139 de la Constitución. Todo funcionario público tiene el deber de observar los artículos 7 y 333 de la Constitución para obedecer los mandatos de los Poderes Públicos legítimos en Venezuela, especialmente en lo referido a los actos en ejecución del presente Estatuto.

*Cese de la usurpación y liberación del régimen autocrático*

**Artículo 12.** El cese de la autoridad usurpada por parte de Nicolás Maduro Moros y la conformación de un Gobierno provisional de unidad nacional constituyen los elementos concurrentes que configuran la liberación del régimen autocrático establecida en el artículo 2 del presente Estatuto.

## CAPÍTULO III
### De la Actuación de la Asamblea Nacional y su Presidente

*Vigencia del período de la Asamblea Nacional*

**Artículo 13.** La Asamblea Nacional, electa mediante voto popular el 6 de diciembre de 2015, ejercerá sus funciones constitucionales en el marco de la presente Legislatura hasta el 4 de enero de 2021. El 5 de enero de 2021 se instalará la nueva Legislatura de la Asamblea Nacional de conformidad con el artículo 219 de la Constitución de la República Bolivariana de Venezuela, a cuyo efecto se celebrarán elecciones parlamentarias durante el último trimestre del año 2020, según lo establecido en las normas constitucionales y en las leyes electorales.

*Presidente de la AN como Presidente Encargado
de la República Bolivariana de Venezuela*

**Artículo 14.** El Presidente de la Asamblea Nacional es, de conformidad con el artículo 233 de la Constitución, el legítimo Presidente encargado de la República Bolivariana de Venezuela. Los actos del Presidente encargado serán sometidos al control parlamentario de la Asamblea Nacional de conformidad con el artículo 187, numeral 3, de la Constitución.

*Defensa de los derechos del pueblo y Estado venezolanos*

**Artículo 15.** La Asamblea Nacional podrá adoptar las decisiones necesarias para la defensa de los derechos del Estado venezolano ante la comunidad internacional, a los fines de asegurar el resguardo de los activos, bienes e intereses del Estado en el extranjero y promover la protección y defensa de los derechos humanos del pueblo venezolano, todo ello de conformidad con los Tratados, Convenios y Acuerdos Internacionales en vigor.

En ejercicio de las atribuciones derivadas del artículo 14 de presente Estatuto y en el marco del artículo 333 de la Constitución, el Presidente encargado de la República Bolivariana de Venezuela ejercerá las siguientes competencias sometidas al control autorizatorio de la Asamblea Nacional

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

bajo los principios de transparencia y rendición de cuentas:

a. Designar Juntas Administradoras ad-hoc para asumir la dirección y administración de institutos públicos, institutos autónomos, fundaciones del Estado, asociaciones o sociedades civiles del Estado, empresas del Estado, incluyendo aquellas constituidas en el extranjero, y cualesquiera otros entes descentralizados, a los fines de designar a sus administradores y en general, adoptar las medidas necesarias para el control y protección de sus activos. La decisiones adoptadas por el Presidente encargado de la República serán de inmediato cumplimiento y tendrán plenos efectos jurídicos.

b. Mientras se nombra válidamente un Procurador General de la República de conformidad con el artículo 249 la Constitución, y en el marco de los artículos 15 y 50 de la Ley Orgánica de la Procuraduría General de la República, el Presidente encargado de la República podrá designar a quien se desempeñe como procurador especial para la defensa y representación de los derechos e intereses de la República, de las empresas del Estado y de los demás entes descentralizados de la Administración Pública en el exterior. Dicho procurador especial tendrá capacidad de designar apoderados judiciales, incluso en procesos de arbitraje internacional, y ejercerá las atribuciones mencionadas en los numerales 7, 8, 9 y 13 del artículo 48 de la Ley Orgánica de la Procuraduría General de la República, con las limitaciones derivadas del artículo 84 de esa Ley y del presente Estatuto. Tal representación se orientará especialmente a asegurar la protección, control y recuperación de activos del Estado en el extranjero, así como ejecutar cualquier actuación que sea necesaria para salvaguardar los derechos e intereses del Estado.  El procurador así designado tendrá el poder de ejecutar cualquier actuación y ejercer todos los derechos que el Procurador General tendría, con respecto a los activos aquí mencionados. A tales efectos, deberá cumplir con las mismas condiciones que la Ley exige para ocupar el cargo de Procurador General de la República.

*Actuación de la Asamblea Nacional*

**Artículo 16.** En virtud de lo establecido en el artículo anterior, corresponderá a la Asamblea Nacional:

1. Autorizar las designaciones de los jefes de misiones diplomáticas permanentes realizadas por el Presidente encargado, de conformidad con el artículo 236, numeral 15, de la Constitución.

2. Defender, en el marco de las competencias de control establecidas en la Constitución nacional, los activos de la República Bolivariana de Venezuela y de sus entes en el extranjero.

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

3. Participar en la investigación de las graves violaciones a derechos humanos, la investigación de las actividades ilícitas relacionadas con corrupción y lavado de dinero a los fines de asegurar la recuperación de los capitales derivados de tales actividades ilícitas.

4. Promover la implementación de los mecanismos de cooperación internacional para atender la emergencia humanitaria y la crisis de refugiados y migrantes, de conformidad con el Derecho Internacional Humanitario y el artículo 23 de la Constitución de la República Bolivariana de Venezuela.

5. Adoptar medidas que permitan el rescate de la soberanía estatal en todo el territorio de la República Bolivariana de Venezuela.

6. Articular acciones con la sociedad civil para promover mecanismos de participación ciudadana que legitimen el proceso de transición democrática y favorezcan la cesación de la usurpación de los poderes presidenciales por parte de Nicolás Maduro Moros.

7. Las demás atribuciones que la Asamblea Nacional asuma de conformidad con el artículo 333 de la Constitución, las leyes de la República y el presente Estatuto, con los límites derivados de los Tratados y demás instrumentos internacionales de derechos humanos en vigor.

*Reinserción del Estado venezolano*
*en el concierto de las naciones libres*

**Artículo 17.** En ejercicio de las atribuciones previstas en este Capítulo, la actuación de la Asamblea Nacional se orientarán a reinsertar a la mayor brevedad al Estado venezolano en el concierto de las Naciones libres, de conformidad con lo dispuesto en la Carta de la Organización de Estados Americanos, la Carta Democrática Interamericana, la Carta de las Naciones Unidas y los demás instrumentos internacionales, en especial, los relativos a derechos humanos en el sistema interamericano y el sistema universal.

*Lineamientos para la transición política*

**Artículo 18.** La Asamblea Nacional dictará Leyes que promuevan la transición política de conformidad con el artículo 333 de la Constitución. Tales Leyes atenderán a los siguientes objetivos:

1. Crear los incentivos jurídicos y garantías para que los funcionarios civiles y militares actúen apegados a la Constitución y no obedezcan las órdenes de quien usurpa la Presidencia de la República desde el 10 de enero de 2019, así como de los demás órganos integrados inconstitucionalmente como el Tribunal Supremo de Justicia, el Consejo Nacional Electoral, el Ministerio Público, la Defensoría del Pueblo y la Contraloría General de la República, de manera que colaboren y participen en el proceso de transición y de restablecimiento del orden

11

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

constitucional.

2. Desarrollar el sistema de justicia transicional, orientado a rescatar la dignidad humana, la justicia, la protección y reparación integral de las víctimas de violaciones de derechos humanos, incluyendo las medidas para establecer la verdad y promover la reconciliación nacional   , de acuerdo con lo dispuesto en los tratados vigentes de derechos humanos y en el artículo  30 de la Constitución . Una vez cesada la usurpación la Asamblea Nacional creará mediante ley    una Comisión de la Verdad independiente, encargada de investigar las violaciones a los derechos humanos, proponer los lineamientos políticos y legislativos para la reparación de las víctimas y promover la educación democrática, la cultura de la paz y la reconciliación nacional.

3. Decretar las amnistías para aquellos ciudadanos, civiles y militares, que se mantienen privados de libertad por razones políticas, así como otorgar garantías de reinserción democrática a las personas que coadyuven al restablecimiento del orden constitucional, todo de conformidad con los artículos 23, 29 y 187, numeral 5, de la Constitución y los estándares del Derecho Internacional de los Derechos Humanos.

4. Definir las políticas orientadas al efectivo cumplimiento del artículo 328 de la Constitución y a la integración constitucional de la Fuerza Armada Nacional en el proceso de transición democrática.

*Lineamientos para la transición económica*

**Artículo 19.** La Asamblea Nacional dictará Leyes para atender la emergencia humanitaria  y promover el rescate de la economía venezolana, de conformidad con el artículo 299 de la Constitución.

### CAPÍTULO IV
### De la reinstitucionalización de los órganos del Poder Ciudadano, del Tribunal Supremo de Justicia y del Consejo Nacional Electoral

*Competencias de la Asamblea Nacional*
*para renovar los Poderes Públicos*

**Artículo 20.** Corresponde a la Asamblea Nacional determinar la oportunidad para efectuar total o parcialmente los trámites necesarios que, en el marco del artículo 333 de la Constitución, permitan modificar lapsos y requisitos legales con el objeto de recuperar la legitimidad de los Poderes Públicos. Todos los ciudadanos y funcionarios públicos tienen el deber de colaborar con dichos trámites.

La Asamblea Nacional procederá a designar o ratificar a los titulares de los Poderes Públicos: Poder Ciudadano, Rectores del Consejo Nacional Electoral y Magistrados del Tribunal Supremo de Justicia.

12

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

*Legitimación del Poder Ciudadano*

**Artículo 21.** La Asamblea Nacional establecerá la oportunidad para iniciar el procedimiento de designación o ratificación de los titulares de los órganos del Poder Ciudadano.

Ante la imposibilidad de funcionamiento constitucional y democrático del Consejo Moral Republicano, y ante la imposibilidad fáctica de convocatoria del Comité de Evaluación de Postulaciones del Poder Ciudadano mientras persista la usurpación de Nicolás Maduro Moros, la Asamblea Nacional, el aplicación del artículo 333 de la Constitución, establecerá los mecanismos para que la ciudadanía organizada a través de academias, universidades y organizaciones no gubernamentales postule de manera pública las ternas de candidatos para ser designados como titulares de los órganos del Poder Ciudadano, de modo que se cumplan los extremos establecidos por el artículo 279 de la Constitución.

*Legitimación del Tribunal Supremo de Justicia*

**Artículo 22.** A los fines del presente Estatuto se reputan como Magistrados legítimos los designados por esta Asamblea Nacional de conformidad con la Constitución y con la Ley Orgánica del Tribunal Supremo de Justicia, en sesión de fecha 21 de julio de 2017.

La Asamblea Nacional efectuará el trámite de designación o ratificación del resto de los Magistrados del Tribunal Supremo de Justicia que hayan sido designados en legislaturas anteriores a la Legislatura 2016-2021.

Una vez designados todos los Magistrados y provistas todas las magistraturas vacantes, los mismos deberán incorporarse al máximo órgano jurisdiccional de la República Bolivariana de Venezuela de acuerdo con lo establecido en la Ley Orgánica del Tribunal Supremo de Justicia.

*Legitimación de los Rectores del Consejo Nacional Electoral*

**Artículo 23.** La Asamblea Nacional ejercerá sus competencias establecidas en el artículo 295 de la Constitución y en la Ley Orgánica del Poder Electoral para la designación o ratificación de los Rectores del Consejo Nacional Electoral.

La designación de los Rectores del Consejo Nacional Electoral será materia prioritaria para la Asamblea Nacional. El Comité de Postulaciones Electorales ejercerá sus competencias con la mayor celeridad posible, de modo que la renovación del Consejo Nacional Electoral favorezca la realización de elecciones libres y competitivas sin dilaciones indebidas que, una vez cesada la usurpación y conformado el Gobierno provisional de unidad nacional, permitan la consolidación de la democracia.

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

*Período transitorio de los Poderes Públicos relegitimados*

**Artículo 24.** Los Poderes Públicos legitimados por la Asamblea Nacional de conformidad con este Estatuto ejercerán sus funciones hasta el primer semestre del año 2021. La Asamblea Nacional electa el último trimestre del año 2020 en los términos del artículo 13 del presente Estatuto designará o ratificará titulares de los órganos del Poder Ciudadano, Magistrados del Tribunal Supremo de Justicia y Rectores del Consejo Nacional Electoral, los cuales ejercerán períodos constitucionales completos en los términos establecidos en la Constitución de la República Bolivariana de Venezuela.

## CAPÍTULO V
## De la conformación de un Gobierno Provisional
## de Unidad Nacional

*Continuación de la aplicación del artículo 233 de la Constitución*

**Artículo 25.** Una vez cesada la usurpación de la Presidencia de la República Bolivariana de Venezuela por parte de Nicolás Maduro Moros y demás personeros del régimen de facto, la Asamblea Nacional velará por la continuación de la aplicación del artículo 233 de la Constitución. El Presidente de la Asamblea Nacional ejercerá durante treinta (30) días continuos como Presidente encargado de la República a efectos de conducir el proceso que conlleve a la conformación de un Gobierno provisional de unidad nacional y a la adopción de medidas que sean necesarias para la realización de elecciones presidenciales libres y competitivas.

*Designación de un Presidente temporal para
conformar de un Gobierno provisional*

**Artículo 26.** Verificados los dos supuestos del artículo anterior, y en caso de imposibilidad técnica para convocar y realizar elecciones libres y competitivas dentro de los treinta (30) días continuos establecidos en el artículo 233 de la Constitución, la Asamblea Nacional podrá ratificar al Presidente encargado como Presidente provisional de la República Bolivariana de Venezuela a los fines de conformar un Gobierno de unidad nacional que dará inicio a la segunda etapa de la transición democrática, según lo establecido en el artículo 2 del presente Estatuto, en el marco del artículo 333 constitucional.

Al amparo del artículo 333 de la Constitución, el mandato de dicho Gobierno provisional culminará con la juramentación ante la Asamblea Nacional del nuevo Presidente electo en las elecciones libres y competitivas que a tal efecto sean convocadas y organizadas por el Poder Electoral bajo todas las garantías establecidas por los estándares nacionales e internacionales de transparencia comicial, dándose lugar a la culminación del período presidencial 2019-2025, tal como lo establece el artículo 233 de la

14

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

Constitución. A todo evento, las elecciones presidenciales deberán realizarse en el menor tiempo posible, tan pronto como las condiciones técnicas lo permitan dentro de un plazo máximo de doce (12) meses.

*Reglas de gobernabilidad y programa mínimo de Gobierno*

**Artículo 27.** La Asamblea Nacional, previa consulta con la sociedad civil y con las organizaciones con fines políticos, aprobará mediante acuerdo parlamentario las reglas de gobernabilidad y las directrices del programa mínimo que, dentro de los principios de la economía social de mercado, ejecutará el Gobierno provisional. A tal efecto se tendrán en consideración los lineamientos para la transición política y los lineamientos para la transición económica derivados de lo establecidos en los artículos 17 y 18 del presente Estatuto. El mencionado programa mínimo respetará los principios del régimen socioeconómico y de la función del Estado en la economía que están establecidos en el artículo 299 de la Constitución.

*Cooperación internacional*

**Artículo 28.** El Gobierno provisional de unidad nacional tramitará la cooperación financiera internacional de organismos multilaterales y países del mundo libre a los fines de iniciar el proceso de transición económica y de proseguir la reversión de la emergencia humanitaria. También solicitará la presencia permanente de organismos internacionales especializados en la garantía y defensa de los derechos humanos a los fines de acompañar el proceso de transición democrática e informar a la comunidad internacional de la situación de dichos derechos en Venezuela.

*Rescate de la soberanía estatal en el territorio de la República*

**Artículo 29.** El Gobierno provisional podrá solicitar la ayuda de la comunidad internacional a los fines de restablecer la soberanía estatal en el territorio de la República, previa autorización de la Asamblea Nacional de conformidad con las competencias establecidas en el artículo 187 de la Constitución.

**CAPÍTULO VI**
**De las Elecciones**

*Celebración de elecciones libres*

**Artículo 30.** La Asamblea Nacional adoptará, en el marco de la aplicación de los artículo 233 y 333 de la Constitución, las medidas que rescaten las condiciones de integridad electoral y permitan la realización de una elección presidencial correspondiente al término del período presidencial 2019-2025.

*Restablecimiento de los derechos políticos*

**Artículo 31.** La Asamblea Nacional, una vez renovados los demás Poderes

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

Públicos, adoptará medidas que aseguren el ejercicio efectivo de los derechos a la libre postulación a cargos de elección popular y al sufragio, de conformidad con lo dispuesto en la Constitución y en los estándares internacionales de integridad electoral.

*Fortalecimiento de las organizaciones con fines políticos*

**Artículo 32.** La Asamblea Nacional y los demás Poderes Públicos legitimados adoptarán medidas para el fortalecimiento de las organizaciones con fines políticos, de conformidad con los términos establecidos en el artículo 67 de la Constitución.

**VII**
**Disposiciones Transitorias y Finales**

*Actos parlamentarios para la ejecución del presente Estatuto*

**Artículo 33.** La Asamblea Nacional adoptará todas las decisiones, Acuerdos y Leyes necesarios para la implementación del presente Estatuto, a los fines de permitir el restablecimiento efectivo de la Constitución y el cese de la usurpación de la Presidencia de la República. Hasta tanto se cumplan estos objetivos, aplicarán de manera preferente las disposiciones del presente Estatuto y las demás decisiones adoptadas en el marco de los artículos 233 y 333 de la Constitución.

*Régimen transitorio de PDVSA y sus filiales*

**Artículo 34.** Ante los riesgos en que se hallan PDVSA y sus filiales como resultado de la usurpación referida en el Capítulo II del presente Estatuto, y mientras persiste tal situación, el Presidente encargado de la República, bajo el control autorizatorio de la Asamblea Nacional y en el marco de la aplicación del artículo 333 de la Constitución, designará la Junta de Administración ad-hoc de Petróleos de Venezuela S.A. (PDVSA) de conformidad con el artículo 15, literal a, de este Estatuto, para que ejerza los derechos que corresponden a PDVSA como accionista de PDV Holding, Inc. Esta atribución se ejercerá de conformidad con los siguientes principios:

1. La Junta de Administración ad-hoc podrá estar compuesta por personas domiciliadas en el exterior y tendrá las atribuciones correspondientes a la asamblea de accionista y a la junta directiva de PDVSA, a los fines de realizar todas las actuaciones necesarias para designar la junta directiva de PDV Holding, Inc., en representación de PDVSA como accionista de esa sociedad. Los nuevos directores de PDV Holding, Inc., procederán a realizar todas las actuaciones necesarias a los fines de designar a las nuevas juntas directivas de las filiales de esa empresa, incluyendo a Citgo Petroleum Corporation.

2. La presente disposición transitoria prevalecerá sobre cualesquiera otras normas aplicables y orientará la interpretación de cualesquiera otras

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

formalidades requeridas en el ordenamiento jurídico venezolano y en documentos corporativos, a los fines de ejercer la representación de PDVSA como accionista de PDV Holding, Inc.

3.  Los nuevos directores de PDV Holding, Inc. y sus filiales garantizarán la autonomía funcional de esas empresas y en particular de PDVSA. En consecuencia de lo anterior:

    a)  La gestión autónoma del giro comercial de PDV Holding, Inc. y sus filiales responderá a criterios de eficiencia comercial, dejando a salvo los mecanismos de control y rendición de cuenta que ejerza la Asamblea Nacional en el marco de sus atribuciones, y los demás mecanismos de control aplicables.

    b)  PDV Holding, Inc. y sus filiales no tendrán relación alguna con quienes hoy usurpan la Presidencia de la República. Mientras persiste tal situación de usurpación, PDV Holding, Inc. y sus filiales no realizarán ningún pago o aporte patrimonial a PDVSA.

*Publicidad del presente Estatuto*

**Artículo 35.** La Asamblea Nacional comunicará a la mayor brevedad el contenido del presente Estatuto a la Nación venezolana, así como a la comunidad internacional, incluidos los Gobiernos extranjeros, el Secretario General de la Organización de Naciones Unidas (ONU), el Secretario General de la OEA, la Alta Comisionada para los Derechos Humanos de la ONU, la Comisión Interamericana de Derechos Humanos, la Unión Europea, la Unión Africana, la Organización de Países Exportadores de Petróleo, el Banco Mundial, el Fondo Monetario Internacional, el Banco Interamericano de Desarrollo y  la Corporación Andina de Fomento-Banco de Desarrollo de América Latina, entre otros.

*Disposición y administración de los activos del Estado*

**Artículo 36.** Los activos del Estado que hayan sido recuperados a través de los mecanismos establecidos en el presente Estatuto no podrán ser dispuestos o ejecutados hasta tanto cese la usurpación y se haya conformado un Gobierno provisional de unidad nacional. A estos efectos, y en virtud de la situación de reconducción presupuestaria continuada en la que se encuentra la República desde el año 2016, laAsamblea Nacional podrá dictar una ley especial en materia financiera y presupuestaria, de conformidad con el artículo 187, numerales 6, 7 y 8 de la Constitución.

*Entrada en vigencia*

**Artículo 37.** Este Estatuto entrará en vigencia luego de ser aprobado por los diputados de la Asamblea Nacional, de conformidad con las normas constitucionales para el procedimiento legislativo y de acuerdo con el



República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

Reglamento Interior y de Debates de la Asamblea Nacional.

*Medios extraordinarios
de promulgación del presente Estatuto*

**Artículo 38.** En virtud de la imposibilidad de acceder a la Gaceta Oficial debido al régimen de facto y a la usurpación que imperan en Venezuela, el presente Estatuto y las decisiones que se implementen serán publicados en los medios de divulgación que a tales efectos determine la Asamblea Nacional.

A estos efectos, y mientras persiste la situación señalada en este artículo, las Leyes y Acuerdos dictados por la Asamblea Nacional, así como las decisiones dictadas por el Presidente encargado de la República, serán publicadas en la Gaceta Legislativa, de conformidad a lo dispuesto en el Reglamento Interior y de Debates. Las Leyes, Acuerdos y demás decisiones entrarán en vigencia a su publicación en la Gaceta Legislativa, incluso en formato digital. La Ley de Publicaciones Oficiales aplicará de manera supletoria.

*Cláusula residual*

**Artículo 39.** A los fines de asegurar la transición democrática, todo lo no previsto en el presente Estatuto será resuelto por la Asamblea Nacional en aplicación del artículo 333 de la Constitución.

Dado, firmado y sellado en el Palacio Federal Legislativo, sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en Caracas, a los cinco días del mes de febrero de dos mil diecinueve. Años 209° de la Independencia y 159° de la Federación.

JUAN GERARDO GUAIDÓ MÁRQUEZ
Presidente

EDGAR JOSÉ ZAMBRANO RAMÍREZ          JUAN STALIN GONZÁLEZ MONTAÑO
Primer Vicepresidente                              Segundo Vicepresidente

EDINSON DANIEL FERRER ARTEAGA          JOSE LUIS CARTAYA PIÑANGO
Secretario                                        Subsecretario

18

# TRANSITION LAW
## (English Translation of Relevant Excerpts)

# CERTIFICATION OF TRANSLATION

I, AURA M. COLMANNI, hereby certify that I hold a Master's Degree in Translation from Sorbonne University, Paris, France; that I am fluent and competent to translate from Spanish into English, and that this is an accurate translation of the attached "Statute to Govern a Transition to Democracy" original document in Spanish, to the best of my abilities.

**AURA M. COLMANNI** - Translator

Arnold & Porter
601 Massachusetts Ave, NW
Washington, D.C.

March 29, 2019



Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

[*Translation*]

## THE NATIONAL ASSEMBLY OF THE
## BOLIVARIAN REPUBLIC OF VENEZUELA
Decrees

The following:

## STATUTE TO GOVERN A TRANSITION TO DEMOCRACY
## TO REESTABLISH THE FULL FORCE AND EFFECT OF THE
## CONSTITUTION OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

## PRELIMINARY RECITALS

The *Statute that governs a Transition to democracy to restore the full force and effect of the Constitution of the Bolivarian Republic of Venezuela* is an act to directly and immediately execute article 333 of our Magna Carta.  The purpose of the Statute is to return to the Constitution, based on the Constitution itself, to provide for an orderly and rational path for the unprecedented and imminent process of political change that has begun in the country.  The Statute is a legislative initiative by the National Assembly, which aspires to preserve the 1999 Constitution as a covenant of coexistence for the civic life of Venezuelans and the foundation of a transition to democracy.

\*     \*     \*



Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

[*Translation*]

**THE NATIONAL ASSEMBLY OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA**
Based on Article 7, and Article 333, of the Constitution,

**DECREES**

The following

**STATUTE TO GOVERN A TRANSITION TO DEMOCRACY,
TO REESTABLISH THE FULL FORCE AND EFFECT OF THE
CONSTITUTION OF THE REPUBLIC OF VENEZUELA**

**CHAPTER I
GENERAL PROVISIONS**

\*     \*     \*

*Defense of the rights of the Venezuelan people and State*

**Article 15.**  The National Assembly may adopt any decisions necessary to defend the rights of the Venezuelan State before the international community, to safeguard assets, property and interests  of the State abroad, and promote the protection and defense of human rights of the Venezuelan people, all in accordance with Treaties, Conventions, and International Agreements in force.

In exercising the powers derived from article 14 of this Statute, and within the framework of article 333 of the Constitution, the Interim President of the Bolivarian Republic of Venezuela shall exercise the following powers, subject to authorization and control by the National Assembly under the principles of transparency and accountability.

a.      Appoint *ad hoc* Administrative Boards to assume the direction and administration of public institutes, autonomous institutes, State foundations, State associations and organizations, State companies, including companies established abroad, and any other decentralized entity, for the purpose of appointing administrators and, in general, adopting the measures necessary to control and protect State company assets.  The decisions adopted by the Interim President of the Republic shall be executed immediately, with full legal effect.

b.      While an Attorney General is validly appointed in accordance with article 249 of the Constitution, and within the framework of articles 15 and 50 of the Organic Law of the Attorney General of the Republic, the Interim President of the Republic may appoint a special attorney general to defend and represent the rights and interests of the

2



Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

[*Translation*]

Republic, State companies and other decentralized entities of the Public Administration abroad.   The special attorney general shall have the power to appoint judicial representatives, including before international arbitration proceedings, and shall exercise the powers set forth in article 48, paragraphs 7, 8, 9 and 13, of the Organic Law of the Attorney General of the Republic, subject to the limitations derived from article 84 of that Law and this Statute.  Such representation shall be especially oriented toward ensuring the protection, control, and recovery of State assets abroad, as well as executing any action required to safeguard the rights and interests of the State.  The attorney general thus appointed shall have the power to execute any action and exercise all of the rights that the Attorney General would have, with regard to the assets described herein.  For such purposes, such special attorney general shall meet the same conditions that the Law requires to occupy the position of Attorney General of the Republic.

\*        \*        \*

*Transitional rules regarding PDVSA and PDVSA subsidiaries*

**Article 34.**  Given the risks faced by PDVSA and its subsidiaries as a result of the usurpation referred to in Chapter II of the present Statute, and while such a situation persists, under the authoritative control of the National Assembly and within the framework of the application of article 333 of the Constitution, the Interim President shall appoint an *ad hoc* Administrative Board for Petróleos de Venezuela S.A. (PDVSA), in accordance with article 15, letter a, of the present Statute, to exercise PDVSA's rights as shareholder of PDV Holding, Inc.  The powers shall be exercised in accordance with the following principles:

1. The *ad hoc* Administrative Board may be composed of persons domiciled abroad and shall have powers to act as shareholders' assembly and board of directors of PDVSA, with the objective of taking all actions that may be necessary to designate the board of directors of PDV Holding, Inc., in representation of PDVSA as sole shareholder of that company.  The new directors of PDV Holding, Inc. shall proceed to appoint new boards of directors for the PDV Holding, Inc.'s subsidiaries, including Citgo Petroleum Corporation.

2. This transitory provision shall prevail over any other applicable rule, and shall govern the interpretation of any other formality required by the Venezuelan legal system and corporate documents, in order to exercise the representation of PDVSA as sole shareholder of PDV Holding, Inc.

3. The new directors of PDV Holding, Inc. and its subsidiaries shall guarantee the functional autonomy of said companies, particularly with respect to PDVSA.  Based on the foregoing:

3



Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

[*Translation*]

a)  The autonomous management of the business of PDV Holding, Inc. and its subsidiaries shall follow commercial efficiency criteria, subject only to the control and accountability mechanisms exercised by the National Assembly, and other applicable control mechanisms.

b)  PDV Holding, Inc. and its subsidiaries shall have no relationship whatsoever with the people currently usurping the Presidency of the Republic.  For as long as such usurpation persists, PDV Holding, Inc. and its subsidiaries shall make no payments or distributions to PDVSA.

*       *       *

[*Signed*]

**JUAN GERARDO GUAIDO MARTINEZ**
President

[*Signed*]

**EDGAR JOSE ZAMBRANO RAMIREZ**
First Vice-President

[*Signed*]

**IVAN STALIN GONZALEZ MONTAÑO**
Second Vice-President

[*Signed*]

**EDINSON DANIEL FERRER ARTEAGA**
Secretary

[*Signed*]

**JOSE LUIS CARTAYA PIÑANGO**
Undersecretary

4