**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM EDGARDO ORTEGA,<br><br>*Defendant*. | Case No.: 1:18-cr-20685-KMW |

**PDVSA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND FOR EXPANSION OF PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION FOR VICTIM STATUS AND RESTITUTION**

Petróleos de Venezuela, S.A. (PDVSA) respectfully requests a 14-day extension of time by which to file a reply in support of its pending Motion for Victim Status and Restitution (DE 191). PDVSA also requests that the 10-page limitation for its reply be expanded to allow for 3 additional pages. Pursuant to Local Rule 7.1, undersigned counsel for PDVSA have conferred with the United States regarding its position on this motion. The United States does not oppose either the extension of time or the expansion of the page limitation. In support of its motion, PDVSA states as follows:

1. On October 31, 2018, Defendant Abraham Edgardo Ortega pled guilty to a Superseding Information (DE 61) charging him with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Defendant's sentencing is scheduled for September 10, 2020.

2. On April 24, 2020, PDVSA filed a Motion for Victim Status and Restitution, and Incorporated Memorandum (DE 191). In that motion, PDVSA seeks an order recognizing it as a victim of the crime committed by Defendant Abraham Edgardo Ortega and an award of restitution in the amount of $560,033,118.19.

3. On May 8, the United States filed an opposition to PDVSA's motion (DE 193).

4. On May 11, PDVSA filed an unopposed request for a seven-day extension of time by which to file its reply in support of its motion. The Court granted that motion the same day. The reply is currently due May 22.

5. PDVSA respectfully requests an additional 14 days, to and including June 5, by which to file a reply.

6. There is good cause to grant the requested extension. As explained in PDVSA's previous motion, PDVSA's request for victim status and restitution raises important issues of statutory interpretation involving the Crime Victims' Rights Act (CVRA) and the Mandatory Victims Restitution Act (MVRA), including whether the CVRA applies to corporations owned by foreign sovereigns. The United States' opposition, moreover, raises important and diplomatically sensitive questions involving a strategically important ally of the United States. These issues have significance for PDVSA and for the Bolivarian Republic of Venezuela that extend well beyond this individual case, and accordingly require careful study and close consultation with PDVSA.

7. To ensure that PDVSA's reply adequately responds to the important and sensitive legal and factual issues raised in the United States' opposition, counsel must consult with PDVSA and must ensure that client representatives have sufficient time to review the reply. While counsel and PDVSA have made diligent efforts to conduct this review, the current deadline of May 22 has not allowed for adequate client consultation and review.

8. If the requested extension were granted, PDVSA's reply would be filed well in advance of Defendant's current sentencing date, which in light of the ongoing pandemic was recently rescheduled for September 10.

9. PDVSA also requests that the 10-page limitation under Local Rule 7.1(c)(2) be expanded by 3 pages, to allow for a filing of 13 pages total. While counsel have made diligent efforts to prepare a reply that complies with the 10-page limitation, it has not proven feasible to

respond within the 10 pages allotted to the important and sensitive legal and factual issues raised in the United States' 23-page opposition.

10. The United States does not oppose the requested extension of time or the requested expansion of the page limitation.

\*   \*   \*

For the foregoing reasons, PDVSA requests that any reply in support of its motion for victim status and restitution be due on or before June 5, 2020, and that the page limitation for that reply be expanded to a total of 13 pages.

Dated: May 19, 2020

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Jason A. Ross*
Jason A. Ross (Florida Bar No. 59466)
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
jason.ross@arnoldporter.com

Kent A. Yalowitz (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Telephone: +1 212.836.8344
kent.yalowitz@arnoldporter.com

*Attorneys for Petróleos de Venezuela, S.A. (PDVSA)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

Dated:  May 19, 2020                          */s/  Jason A. Ross*_____