UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

vs.

ABRAHAM EDGARDO ORTEGA,

        Defendant.

_____/

## NOTICE OF SUPPLEMENTAL EXHIBITS

The United States files this Notice of Supplemental Exhibits with respect to the Motion for Victim Status and Restitution of third-party claimant Petróleos de Venezuela, S.A. ("PDVSA"). DE 191. Two new exhibits relevant to the Bolivarian Republic of Venezuela's foreign currency exchange laws governing PDVSA and providing additional background on the Bolivarian Republic of Venezuela's investigations into corruption at PDVSA were discovered by the United States in preparation for the August 10, 2020 telephonic hearing on PDVSA's motion: specifically, Exhibit D to the Bolivarian Republic of Venezuela's Annual Report on Form 18-K[1] to the United States Securities and Exchange Commission ("SEC") for the fiscal year ("FY") ended December 31, 2014, and Exhibit D to the Bolivarian Republic of Venezuela's Annual Report on Form 18-K to the SEC for the FY ended December 31, 2016. Both are attached to this notice as Exhibit A and Exhibit B, respectively. According to Exhibit D of the FY2014 Report, the Bolivarian Republic of Venezuela had a foreign exchange control regime in place pursuant to which, among other things, PDVSA was required to use a specified fixed rate in exchanging

---

[1] Form 18-K is a filing that is used by non-U.S. sovereign governments and their political subdivisions to file annual reports with the SEC. The form is required to be filed if the foreign government or subdivision has debt securities registered to be traded and has voluntarily listed the securities on a United States exchange.

foreign currency for Bolivars with either the Venezuelan government or private parties. (Exhibit A at pp. 33-37). In addition, in Exhibit D of the FY2016 Report, the Bolivarian Republic of Venezuela acknowledged corruption at PDVSA and described its own investigations and prosecutions of PDVSA officials. (Exhibit B at p. 8).

       Respectfully submitted,

       ARIANA FAJARDO ORSHAN
       UNITED STATES ATTORNEY

By:   s/ Michael B. Nadler
       Michael B. Nadler
       Assistant U. S. Attorney
       Court I.D. No. 51264
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel. (305) 961-9244
       michael.nadler@usdoj.gov

       ROBERT ZINK
       CHIEF, FRAUD SECTION

By:   s/ Paul A. Hayden
       Paul A. Hayden
       Trial Attorney
       Department of Justice
       1400 New York Ave., N.W.
       Washington, D.C. 20530
       Tel. (202) 353-9370
       paul.hayden2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF.

s/ Paul A. Hayden

PAUL A. HAYDEN
TRIAL ATTORNEY