# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM EDGARDO ORTEGA,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the DEFENDANT, Abraham Edgardo Ortega, by and through his undersigned counsel and moves this Honorable Court to continue the sentencing hearing currently scheduled for November 23, 2020, until a date after April 1, 2021. In support of the motion, the Defendant states:

1. On October 31, 2018, the Defendant pled guilty to a one count Superseding Information which charges him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

2. The sentencing hearing is scheduled for November 23, 2020.

3. Undersigned counsel was hopeful that the situation would improve and allow for progress to be made in the matter by November, it is not the case. Moreover, the heath situation currently has worsen and no travel is permitted from Venezuela or Portugal from which members supporting Mr. Ortega would be traveling from for the hearing. Unfortunately, video presence is not possible, especially from Venezuela.



4.  Although there are various criminal hearings that could be accomplished via telephonic or video conference, undersigned counsel does not believe it appropriate for a sentencing hearing which is of utmost importance and usually attended by numerous family members and individuals showing support or speaking on their behalf.

5.  The Defendant is on bond and electronic monitoring and has been fully compliant throughout the pendency of this case and cooperating with the government.

6.  Co-Defendant's Gustavo Hernandez's sentencing has already been continued to January 22, 2021.

7.  Undersigned counsel and Assistant United States Attorney Kurt Lunkenheimer and Department of Justice Paul Hayden have conferred, and the government does not oppose this continuance and believes that a date after April 1, 2021, would be appropriate.

**WHEREFORE**, the Defendant, Mr. Ortega, respectfully requests that the sentencing hearing in this case be continued to a date after April 1, 2021.

Respectfully submitted,

/s/Lilly Ann Sanchez
THE LS LAW FIRM
lsanchez@thelsfirm.com
Four Seasons Tower – Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-503-5503
Counsel for Abraham Edgardo Ortega

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez