UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

vs.

ABRAHAM EDGARDO ORTEGA,

    **Defendant.**

_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States files this Notice of Supplemental Authority with respect to the Motion for Victim Status and Restitution filed by third-party claimant Petróleos de Venezuela, S.A. ("PDVSA"). DE 191. A new memorandum and order relevant to and providing additional authority in support of the Government's Response in Opposition to PDVSA's Motion for Victim Status and Restitution (DE 193) was issued by the United States District Court for the Eastern District of New York on May 13, 2021, *U.S. v. Ramiro Andres Luque Flores*, No. 17-cr-00537 (CBA) (E.D.N.Y. May 13, 2021).

In this case, Empresa Publica de Hidrocarburos del Ecuador ("PetroEcuador"), the state-owned and controlled energy company of Ecuador, sought victim status and restitution in connection with the prosecution of a criminal defendant who had pleaded guilty to laundering the proceeds of a bribery conspiracy wherein bribes were paid to PetroEcuador officials in order to secure PetroEcuador contracts. The Government opposed PetroEcuador's motion based essentially on the same reasons outlined in the Government's Response in Opposition to PDVSA's Motion for Victim Status and Restitution (DE 193). The United States District Court for the Eastern District of New York denied PetroEcuador's motions for victim status and restitution,

finding, in part, that PetroEcuador was complicit in the defendant's conduct. The memorandum and order are attached to this notice as Exhibit A.

Respectfully Submitted,

| | |
|---|---|
| DANIEL S. KAHN | JUAN ANTONIO GONZALEZ |
| ACTING CHIEF, FRAUD SECTION | ACTING UNITED STATES ATTORNEY |

By:  /s/ Paul A. Hayden
PAUL A. HAYDEN
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-353-9370
Email: paul.hayden2@usdoj.gov

By:  /s/ Kurt K. Lunkenheimer
KURT K. LUNKENHEIMER
Assistant United States Attorney
Court ID No. A5501535
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111
Telephone: (305) 961-9008
Facsimile: (305) 536-4699
Email: Kurt.Lunkenheimer@usdoj.gov