UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

**UNITED STATES OF AMERICA**

vs.

**ABRAHAM EDGARDO ORTEGA,**

    **Defendant.**
    _____/

## JOINT NOTICE ON RESTITUTION

The United States of America and the Defendant, Abraham Edgardo Ortega (together, the "Parties"), hereby file this Joint Notice on Restitution.

On May 5, 2021, in relation to the Defendant's sentencing, the Court set a Restitution Hearing for August 3, 2021 at 2 p.m. [DE 396].

It is the Parties understanding that the Court's Order denying Petróleos de Venezuela, S.A.'s Motion for Victim Status and Restitution [DE 428] resolved the only outstanding restitution-related claim and there are no other claims for restitution pending. As such, it is the Parties view that the need for a restitution hearing is moot.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

| | |
|---|---|
| */s/Lilly Ann Sanchez* <br> THE LS LAW FIRM <br> lsanchez@thelsfirm.com <br> Four Seasons Tower – Suite 1200 <br> 1441 Brickell Avenue <br> Miami, Florida 33131 <br> Telephone: 305-503-5503 <br> Counsel for Abraham Edgardo Ortega | By: */s/ Kurt K. Lunkenheimer* <br> KURT K. LUNKENHEIMER <br> Assistant United States Attorney <br> Court ID No. A5501535 <br> U.S. Attorney's Office - SDFL <br> 99 N.E. 4th Street, Suite 600 <br> Miami, FL 33132-2111 <br> Telephone: (305) 961-9008 <br> Facsimile: (305) 536-4699 <br> Email: Kurt.Lunkenheimer@usdoj.gov |

JOSEPH S. BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION

By: */s/ Paul A. Hayden*
PAUL A. HAYDEN
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-353-9370
Email: paul.hayden2@usdoj.gov