UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM EDGARDO ORTEGA,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE VOLUNTARY SURRENDER DATE

COMES NOW the DEFENDANT, Abraham Edgardo Ortega, by and through his undersigned counsel and moves this Honorable Court to continue the voluntary surrender date currently scheduled for September 2, 2021, until a date after January 3, 2022. In support of the motion, the Defendant states:

1. On October 31, 2018, the Defendant pled guilty to a one count Superseding Information which charges him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

2. The sentencing hearing took place on May 5, 2021. The Defendant was sentenced to 28 months imprisonment. The government noted that they expect to also file a rule 35 motion for a reduction based on further cooperation that is still ongoing.

3. Undersigned counsel and the Governement were hopeful that the ongoing cooperation would be completed by the September 2, 2021 surrender date, however it is not. Complications arising from the pandemic continue to delay matters.

4. The Defendant is on bond and electronic monitoring and has been fully compliant throughout the pendency of this.

5. Undersigned counsel and Assistant United States Attorney Kurt Lunkenheimer and Department of Justice Paul Hayden have conferred, and the government does not oppose this continuance and believes that a surrender date after January 3, 2022, would be appropriate.

**WHEREFORE**, the Defendant, Mr. Ortega, respectfully requests that the sentencing hearing in this case be continued to a date after January 3. 2022.

Respectfully submitted,

/s/Lilly Ann Sanchez
THE LS LAW FIRM
lsanchez@thelsfirm.com
Four Seasons Tower – Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-503-5503
Counsel for Abraham Edgardo Ortega

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez

