UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM EDGARDO ORTEGA,

    Defendant.

_____/

UNOPPOSED MOTION TO DISCHARGE
PERSONAL SURETY BOND AND LIEN

COMES NOW, the Defendant, ABRAHAM EDGARDO ORTEGA, by and through undersigned counsel, and pursuant to Florida Rule of Criminal Procedure 47, respectfully requests this Honorable Court discharge the personal surety bond and lien on xxxxx Siena Oaks Cr. E. Palm Beach Gardens, FL 33410 previously posted on behalf of the Defendant in the above-styled cause, and as grounds, therefore, avers the following:

1. The Defendant is charged with a one count Superseding Information which charges him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

2. On or about September 12, 2018, the Defendant was released on a personal surety bond, cosigned by his brother Abraham A. Ortega, in the amount of one million ($1,000,000.00) dollars and a lien on xxxxx Siena Oaks Cr. E. Palm Beach Gardens, FL 33410.

3. On October 31, 2018, the Defendant pled guilty to the Superseding Information.

4. On May 5, 2021, the Defendant was sentenced to a term of imprisonment of twenty-eight (28) months followed by one (3) year supervised release.

5. The Defendant voluntarily surrendered to serve his sentence on January 7, 2022.

6. The Defendant is currently at FDC Miami awaiting transfer to his ultimate designation.

7. As of the date of the foregoing motion, the Defendant has fulfilled all of the terms and conditions of bond.

8. Pursuant to Local Rule 88.9, undersigned counsel contacted the prosecutor assigned to this cause, Assistant United States Attorney Kurt K. Lunkenheimer and Trial Attorney Paul Hayden, and they authorized counsel to represent that they have no objection to the relief requested herein.

WHEREFORE, for good cause shown the Defendant, ABRAHAM EDGARDO ORTEGA, respectfully prays that this Honorable Court will enter its Order discharging the one million ($1,000,000.00) dollar personal surety bond and lien on xxxxx Siena Oaks Cr. E. Palm Beach Gardens, FL  33410.

Respectfully submitted,

/s/Lilly Ann Sanchez
THE LS LAW FIRM
lsanchez@thelsfirm.com
Four Seasons Tower – Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-503-5503
Counsel for Abraham Edgardo Ortega

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez